UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON WIMBERLY,

                Petitioner,

    -against-

RED POINT SOLUTIONS, INC.;
MADHUSHREE GNANASAMBANDAN;
JOAN PORTA; ADELOUA SOPADE; APPLE,
INC.,

                Respondents.

20-CV-1838 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued September 1, 2020, denying the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:  September 1, 2020
         New York, New York

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                       U.S.D.J.